United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2824MN

_____

Chris Kapp,                                    *
                                               *
                Appellant,                     *      Appeal from the United States
                                               *      District Court for the District
        v.                                     *      of Minnesota.
                                               *
Zumbrota Area Ambulance Association,           *            [UNPUBLISHED]
                                               *
                Appellee.                      *

_____

Submitted:  March 2, 1998
Filed:  March 4, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

        Chris Kapp appeals the district court's denial of Kapp's motion under Federal
Rule of Appellate Procedure 4(a)(5) to extend the time for filing a notice of appeal.
After careful review of the record and the parties' briefs, we conclude the district court
did not abuse its discretion.  See Metropolitan Fed. Bank v. W.R. Grace & Co., 999
F.2d 1257, 1259 (8th Cir. 1993).  We thus affirm the district court.  See 8th Cir. R.
47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.